The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CONNOR ANTHONY HATHAWAY,<br><br>Defendant. | NO. CR15-347JLR<br><br>**ORDER CONTINUING TERMS OF SUPERVISION** |

The Court having found, based on Mr. Hathaway's admissions, that he has violated the terms of his supervised release as set forth in the petitions filed by the United States Probation Office, HEREBY ORDERS that the terms of the defendant's supervision shall remain in full effect and force, with the following additional conditions added:

> The defendant shall comply with alcohol testing, for a period of 60 days, using an alcohol testing device, as directed by the location monitoring specialist. The defendant shall comply with all program requirements and must contribute towards the costs of the services, to the extent they are financially able to do so, as determined by the location monitoring specialist.

//

Order Continuing Terms of Supervision
(*United States v Hathaway*, CR15-347JLR) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program for a period of 60 days. The defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with any court imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

DATED this 2nd day of November, 2020.

_____
The Honorable James L. Robart
U.S District Court Judge

Presented by:

 s/ Todd Greenberg
TODD GREENBERG
Assistant United States Attorney

Order Continuing Terms of Supervision
(*United States v Hathaway*, CR15-347JLR) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970